1 Trinette G. Kent
2 Lemberg & Associates, LLC.
  11811 North Tatum Blvd.
3 Suite 3031
  Phoenix, AZ 85028
4 tel. (855) 301-2100 ext. 5533
5 fax (203) 653-3424
  tkent@lemberglaw.com
6
7 Lemberg & Associates LLC
  A Connecticut Law Firm
8 1100 Summer Street
9 Stamford, CT  06905
  Telephone:  (203) 653-2250
10
11 Attorneys for Plaintiff,
   Mishell Bearup
12

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Mishell Bearup, | Case No.: 2:12-cv-01261-GMS |
|---|---|
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| Healthcare Collections-I, L.L.C.; and DOES 1-10, inclusive, | |
| Defendants. | |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within 60 days.

RESPECTFULLY SUBMITTED this 7th day of August, 2012.


LEMBERG & ASSOCIATES, LLC

 /s/Trinette G. Kent
Trinette G. Kent

Attorney for Plaintiff

# CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, and not a party to the above-entitled cause. On August 7, 2012, I served a true copy of foregoing document(s): **NOTICE OF SETTLEMENT**.

| | |
|---|---|
| **BY ELECTRONIC FILING:** I hereby certify that on August 7, 2012, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.<br>Tel.: (203) 653-2250<br>Fax: (203) 653-3424<br>Email: tkent@lemberglaw.com | Pat Esquivel<br>Jerold Kaplan Law Office<br>2738 E Washington Street<br>Phoenix, AZ 85034<br>(602) 258-8433<br>**Attorney for Defendants Healthcare Collections-I, L.L.C.** |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

1
Executed on August 7, 2012.

2
3
                     */s/ Allison Ercolano*
Allison Ercolano
4
Paralegal to Trinette G. Kent, Esq.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28